UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA FREITAG, Court-appointed permanent receiver for ANI Development LLC, American National Investments, Inc., and their subsidiaries and affiliates,<br><br>                                                  Plaintiff,<br><br>v.<br><br>ROJ, LLC and DOES 1-10,<br><br>                                                  Defendants. | Case No.:  3:21-cv-01732-LAB-AHG<br><br>**ORDER CONTINUING EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCE** |

Due to a conflict on the Court's calendar, and upon consultation counsel for both sides, the second Early Neutral Evaluation Conference ("ENE") and the Case Management Conference ("CMC") in this matter are hereby **CONTINUED** from October 17, 2022 to **October 26, 2022** at **3:00 p.m.** before Magistrate Judge Allison H. Goddard.

As before, the conference will take place via Zoom. Chambers staff will circulate a Zoom invitation to all participants who attended the first ENE in this matter on June 8, 2022. Counsel must notify the Court of any changes to their side's participant list no later than **October 21, 2022**.

A party or party representative with **full and complete authority to enter into a**

**binding settlement** must be present via videoconference or immediately available to join. Full authority to settle means that a person must be authorized to fully explore settlement options and to agree at that time to any settlement terms acceptable to the parties. *Heileman Brewing Co., Inc. v. Joseph Oat Corp.*, 871 F.2d 648, 653 (7th Cir. 1989). The person needs to have "unfettered discretion and authority" to change the settlement position of a party. *Pitman v. Brinker Int'l, Inc.*, 216 F.R.D. 481, 485–86 (D. Ariz. 2003). Limited or sum certain authority is not adequate. *Nick v. Morgan's Foods, Inc.*, 270 F.3d 590, 595–97 (8th Cir. 2001). **A person who needs to call another person who is not present on the videoconference before agreeing to any settlement does not have full authority.**

In preparation for the second ENE, no later than **October 17, 2022**, if it has not done so already, Defendant must provide the financial information regarding the transferred funds at issue to Plaintiff.

The Court will not require the parties to provide updated ENE statements or an updated Joint Case Management Statement before the continued conference. However, if the parties wish to submit such materials, any updated ENE statements should be emailed to the Court at efile_goddard@casd.uscourts.gov no later than **October 21, 2022**, and any updated Joint Case Management Statement should be filed by the same deadline. Otherwise, the Court will rely on the parties' existing Joint Case Management Statement for the CMC.

**IT IS SO ORDERED.**

Dated:  October 12, 2022

_____
Honorable Allison H. Goddard
United States Magistrate Judge