# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA FREITAG, Court-appointed receiver for ANI DEVELOPMENT, LLC, AMERICAN NATIONAL INVESTMENTS, INC., and their subsidiaries and affiliates,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ROJ, LLC, a California limited liability company; and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No.: 21-cv-1732-LAB-AHG<br><br>**ORDER GRANTING JOINT MOTION FOR ENTRY OF JUDGMENT AGAINST DEFENDANT ROJ, LLC [Dkt. 27]** |

   Plaintiff Krista Freitag (the "Receiver"), the Court-appointed permanent receiver for ANI Development, LLC, American National Investments, Inc., and their subsidiaries and affiliates, and Defendant ROJ, LLC ("ROJ," and, together with the Receiver, the "Parties") jointly move for the entry of judgment in favor of the Receiver and against ROJ. (Dkt. 27).

//
//
//

|    |    |
|----|----|
| 1  | Having considered the motion and good cause appearing therefor, the Court finds that entry of judgment as stipulated by the Parties is appropriate under the circumstances. Accordingly, the Court **ORDERS** as follows: |
| 2  | |
| 3  | |
| 4  | 1.   The joint motion is **GRANTED**, (Dkt. 27); and |
| 5  | 2.   Judgment is **ENTERED** in favor of the Receiver and against ROJ in the amount of $93,125.28, with post-interest to accrue thereon pursuant to 28 U.S.C § 1961. |
| 6  | |
| 7  | |
| 8  | The Clerk of Court is directed to terminate this case. |
| 9  | **IT IS SO ORDERED.** |
| 10 | Dated:  April 27, 2023 |
| 11 | |
| 12 | **Hon. Larry Alan Burns**<br>United States District Judge |